CHARLES LOWELL *versus* NATHAN HASKELL *& al.*

The death of the principal in a bond given to release him from arrest on execution, within the six months named in the bond, discharges his sureties from liability.

ACTION OF DEBT against the sureties of a poor debtor, who had given the statute bond to be released from arrest. The debtor caused the creditor, in the execution, to be duly notified of his claim to have the benefit of the oath for the relief of poor debtors, but, before the time arrived which was appointed for his disclosure, which time was before the six months named in the bond would expire, the debtor died.

*Lowell,* pro se.

*Robinson,* for defendants.

The opinion of the Court was drawn up by

HATHAWAY, J. — Debt, against the sureties on a poor debtor's six months bond.

The principal died within the six months stipulated in the bond, its conditions not performed. The bond was only a substitute for the detention of the body. *Spencer* v. *Garland,* 20 Maine, 75. The liability of the surety, therefore, is similar to that of bail, and the death of the principal, before the bail is fixed, discharges the bail. *Champion* v. *Noyes,* 2 Maine, 481, Rand's ed., and authorities, *passim.*

The obligation to perform the contract, on the part of the defendants, was discharged by the act of God. 1 Parsons on Contracts, 524; *Baylies* v. *Fettyplace,* 7 Mass. 338, Rand's ed.; *Harrington* v. *Dennie,* 13 Mass. 93, do.; *Knight* v. *Bean,* 22 Maine, 531; *Craggin* v. *Bailey,* 23 Maine, 104.

*Plaintiff nonsuit.*

TENNEY, C. J., RICE, APPLETON, CUTTING, and GOODENOW, J. J., concurred.